United States District Court
Southern District of Texas
**ENTERED**
September 22, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| EDELMIRO RODRIGUEZ, *et al*, | § | |
| | § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 7:16-CV-486 |
| | § | |
| LIBERTY MUTUAL INSURANCE COMPANY, | § | |
| | § | |
| Defendant. | § | |

### ORDER GRANTING AGREED MOTION TO REMAND

Upon consideration of the Agreed Motion to Remand (Dkt. No. 3), the Court hereby **ORDERS** that the Motion is **GRANTED** and this matter is **REMANDED** to the 92nd Judicial District Court, Hidalgo County, Texas. As per the Agreed Motion to Remand, each party shall bear its own costs associated with the removal and subsequent remand.

SO ORDERED this 22nd day of September, 2016, at McAllen, Texas.

_____
Randy Crane
United States District Judge